# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DENISE WANDA McGEE,

    Plaintiff,

v.                          CASE NO. 5:10cv167-RH/EMT

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER OF AFFIRMANCE

This case is before the court on the magistrate judge's report and recommendation, ECF No. 19. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The Commissioner's decision denying the plaintiff's application for disability benefits is AFFIRMED. The clerk must enter judgment and close the file.

SO ORDERED on July 30, 2011.

                                      s/Robert L. Hinkle
                                      United States District Judge